**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1832**

In re:  TAEMON LAMAR MASHORE,

Petitioner.

On Petition for Extraordinary Writ.  (3:06-cr-00229-MHL-RCY-1; 3:17-cv-00434-MHL-RCY)

Submitted:  November 15, 2018                      Decided:  November 19, 2018

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Taemon Lamar Mashore, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taemon Lamar Mashore has filed a self-styled "Motion for Leave to File Petition for Extraordinary Writ of Error," alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012). Mashore asks this court to adjudicate his § 2255 motion in the first instance or, alternatively, to direct the district court to act. Our review of the district court's docket reveals that, in an order that was issued on October 19, 2018, the district court dismissed the § 2255 motion on timeliness grounds. Accordingly, because the district court has recently decided Mashore's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*